IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**DECAMRON BROWN**                                                                                        **PETITIONER**

vs.                                                          **CIVIL ACTION No.: 3:24-CV-487-HTW-LGI**

**LAUDERDALE COUNTY and SHERIFF
WARD CALHOUN**                                                                                          **RESPONDENTS**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**BEFORE THIS COURT** is the Report and Recommendation of United States Magistrate Judge LaKeysha Greer Isaac, filed in the above-captioned matter on May 21, 2025. ECF No. 12. Magistrate Judge Isaac carefully considered the submissions of the parties, the record, and relevant law, and crafted a sound Report and Recommendation. Magistrate Judge Isaac recommended that this Court grant Respondents' Motion to Dismiss (ECF No. 9) and deny this Petition for Habeas Corpus (pursuant to 28 U.S.C. § 2241) on the merits. Magistrate Judge Isaac directed the parties to file any objections within fourteen (14) days. Neither party has filed an objection to date, and the time to do so has expired.[1]

**IT IS ORDERED** that Magistrate Judge Isaac's Report and Recommendation (ECF No. 12) hereby is **ADOPTED**; Respondents' motion to dismiss (ECF No. 9) is **GRANTED**; and this

---

[1] "[A] party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation … after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object." *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1). Magistrate Judge Isaac's Report and Recommendation explicitly warned Petitioner of the *Douglass* rule.

Petition is **DENIED** and **DISMISSED WITH PREJUDICE**.  This Court, separately, will enter a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    **SO ORDERED AND ADJUDGED this the 11th day of August, 2025.**

                                      **/s/HENRY T. WINGATE**
                                      **UNITED STATES DISTRICT COURT JUDGE**